

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LUCIA GUADALUPE PIMENTEL,<br><br>                                    Petitioner,<br><br>v.<br><br>JEREMY CASEY; W. CUEVAS,<br><br>                                    Respondents. | Case No.:  26cv2921 DMS (AHG)<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they state Petitioner appears to be a member of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).  They therefore do not oppose an order from the Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance.  At that bond hearing, Petitioner shall have the burden of proving by a preponderance of the evidence that she does not pose a danger to the community or a risk of flight if released on bond.  On or before **July 31, 2026**, Respondents shall file a Joint Status Report confirming Petitioner has been provided with

26cv2921 DMS (AHG)

a bond hearing and the result of that hearing.  In that Report, Respondents shall also provide their position on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED.**

Dated:  July 10, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2921 DMS (AHG)